ANNIE A. E. MOFFETT, as Executrix of JAMES MOFFETT, Deceased, Appellant, *v.* GOTTFRIED PIEL, as Executor of HERMANN PETERSEN, Deceased, Respondent.

*Moffett* v. *Piel,* 166 App. Div. 898, affirmed.
(Argued November 1, 1916: decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 2, 1915, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover damages on account of the alleged failure of the defendant's testator, said Hermann Petersen, as trustee, to execute and deliver a deed to the plaintiff for certain real property sold by said Hermann Petersen, as trustee, through an auctioneer at public auction, and purchased by said plaintiff according to the auctioneer's memorandum of sale. The action was one at

law to recover damages for breach of contract and was so tried. The defendant's answer, in effect, was a general denial, with pleas of *res adjudicata,* waiver and estoppel set forth as special defenses.

*E. V. B. Getty* and *Robert E. Moffett* for appellant.

*Aaron P. Jetmore* and *Cornelius S. Pinkney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J. Not voting: HISCOCK, J.